TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:(213) 894-2426
        Facsimile:(213) 894-0142
        E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | No. 2:21-cv-09819<br><br>**EX PARTE APPLICATION FOR ORDER APPOINTING U.S. CUSTOMS AND BORDER PROTECTION AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES** |

　　　Pursuant to Supplemental Rule E(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Rule E.14(a) of the Rules for Admiralty and Maritime Claims,

1

plaintiff United States of America hereby respectfully applies for an order appointing U.S. Customs and Border Protection ("CBP") as the substitute custodian in place of the United States Marshals Service. This application is based on the attached Memorandum of Points and Authorities and the pleadings and file in this case.

DATED: December 21, 2021

>TRACY L. WILKISON
>United States Attorney
>SCOTT M. GARRINGER
>Assistant United States Attorney
>Chief, Criminal Division
>JONATHAN GALATZAN
>Assistant United States Attorney
>Chief, Asset Forfeiture Section
>
>/s/ *Dan G. Boyle*
>DAN G. BOYLE
>Assistant United States Attorney
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America ("plaintiff" or the "government") seeks an order appointing the U.S. Customs and Border Protection ("CBP") as the substitute custodian in place of the United States Marshals Service ("USMS").

Local Rule E.14(a) of the Rules for Admiralty and Maritime Claims provides, in pertinent part,

> When . . . property is brought into the Marshal's custody by arrest or attachment, the Marshal shall arrange for adequate safekeeping . . . . <u>A substitute custodian in place of the Marshal may be appointed by order of the Court.</u>[1]

(Emphasis added.)  Likewise, Supplemental Rule E(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims states, in relevant part:

> If tangible property is to be attached or arrested, the marshal <u>or other person or organization having the warrant</u> shall take it into the marshal's possession for safe custody.  If the character or situation of the property is such that the taking of actual

---

[1] "A substitute custodian is held to the same standard of care as the USMS, which is essentially a reasonable standard of care."  <u>See</u> <u>Scotiabank de Puerto Rico v. M/V Atuti</u>, 326 F.Supp.2d 282, 284 (D. Puerto Rico 2004).

3

possession is impracticable, the marshal <u>or other person executing the process</u> shall affix a copy thereof to the property in a conspicuous place and leave a copy of the complaint and process with the person having possession or the person's agent. (Emphases added.) In forfeiture actions, the arrest warrant may be delivered to, and process may be executed by, "any officer or employee of the United States." Supplemental Rules B(1)(d)(ii)(D) and C(3)(b)(ii)(D).

The USMS has primary authority over the management and disposal of seized assets in its custody that are subject to forfeiture or are forfeited under laws enforced by agencies within the Department of Justice as well as certain other federal agencies by agreement. Arrangements for property services or commitments pertaining to the management and disposition of such property are the responsibility of the USMS.

. . .

Management and disposal of assets seized by agencies within the Department of Treasury and other agencies included by agreement (including certain agencies moved from Treasury to the Department of Homeland

4

Security) are handled by property custodians (generally contractors) operating under Treasury guidelines.  <u>Asset Forfeiture Policy Manual</u> (2006), Ch. 5, Sec. I(A) and (B)(footnotes omitted).

Here, the seizing and investigating agency is the Department of Homeland Security ("DHS"); CBP is the custodian of the defendant and handles the processing of all DHS forfeitures. Accordingly, the USMS is not the custodian of the defendant.

For these reasons, the government respectfully requests that the Court appoint CBP as the substitute custodian in place of the USMS.

DATED:   December 21, 2021

                                      TRACY L. WILKISON
                                      United States Attorney
                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division
                                      JONATHAN GALATZAN
                                      Assistant United States Attorney
                                      Chief, Asset Forfeiture Section

                                      /s/ *Dan G. Boyle*
                                      DAN G. BOYLE
                                      Assistant United States Attorneys

                                      Attorney for Plaintiff
                                      UNITED STATES OF AMERICA