UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | No. 2:21-cv-09819<br><br>**[Proposed] ORDER APPOINTING U.S CUSTOMS AND BORDER PROTECTION AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE** |

　　　IT IS HEREBY ORDERED that upon the arrest of the defendants, U.S. Customs and Border Protection ("CBP"), P.O. Box 32709, Long Beach, CA 90831, shall assume custody of the defendants on behalf of this Court, in place of the United States Marshal, and shall maintain custody of the defendants during the time they remain in custodia legis, pursuant to Rule

1

G(3)(c)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Rule E.14(a) of the Local Rules for Admiralty and Maritime Claims;

   IT IS FURTHER ORDERED that CBP shall continue to maintain possession of the defendants in safe custody until such time this Court orders the release or forfeiture the defendants and said defendants are disposed of in accordance with Rule G(7)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, or as otherwise allowed by law;

   IT IS FURTHERED ORDERED that, before the delivery of the defendants after such release or disposal is ordered, all costs and charges of the Court and its officers, more particularly IRS, as Substitute Custodian, must first be paid, pursuant to Rule E(5)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

//
//
//

IT IS FURTHERED ORDERED that, as Substitute Custodian of the defendants, CBP shall perform all duties and responsibilities that the United States Marshal is authorized to perform pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED:_____, 2021.

                                           _____
                                           UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA