TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY,<br><br>       Defendants. | No. 2:21-cv-09819 - RSWL (AFMx)<br><br>**WARRANT** |

    TO: UNITED STATES CUSTOMS AND BORDER PROTECTION

    A complaint having been filed in this action,

    IT IS ORDERED that you attach 2849.09758934 in Monero Digital Currency, 0.12554563 in Bitcoin Digital Currency, and $56,467.00 in U.S. Currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the

1

Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: 12/21/2021

KIRY K. GRAY, Clerk of Court



Deputy Clerk

2