## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>PLAINTIFF(S)<br><br>v.<br><br>2849.09758934 in Monero Digital Currency, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-09819 RSWL-AFMx<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |
|---|---|

IT IS ORDERED that  the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

| December 22, 2021 | /s/ RONALD S.W. LEW |
|---|---|
| Date | United States District Judge |

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____Dale S. Fischer_____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _____DSF_____ after the case number in place of the initials of the prior judge so that the case number will read _2:21-cv-09819 DSF-AFMx_ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*