TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:(213) 894-2426
     Facsimile:(213) 894-0142
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-cv-09819-DSF-AFM |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT; DECLARATION OF AUSA DAN BOYLE** |
| v. | |
| 2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY, | **Current Response Dates:**<br>Claim – 1/26/2022<br>Answer – 2/16/2022 |
| Defendants. | **Proposed New Response Dates:**<br>Claim – 2/25/2022<br>Answer – 3/18/2022 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Dan G. Boyle, hereby applies ex parte for an Order extending the deadlines set forth in Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty

of Maritime Claims and Asset Forfeiture Actions for an additional 30 days.

This Application is based upon the attached Declaration of AUSA Dan Boyle.

The government brings this Application <u>ex parte</u> because no claimant has yet appeared in this action, and because the current deadlines would expire prior to a hearing date on any noticed motion.[1]

Dated: January 26, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

　　　／s／
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] As described in the attached Declaration of Dan Boyle, in accordance with L.R.7-19, government counsel conferred with former counsel to potential claimant David Anthony Glenn on or about January 24, 2021, who agreed to an extension of the claims period in this action.

2