**DECLARATION OF AUSA DAN G. BOYLE**

I, DAN G. BOYLE, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California in Los Angeles, California, and am responsible for the representation of Plaintiff United States of America in this matter. I have personal and first-hand knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto.

2. On December 21, 2021, the government filed a Verified Complaint for Forfeiture in this action (the "Complaint") against defendants 2849.09758934 Monero Digital Currency, 0.12554563 Bitcoin Digital Currency, and $56,467.00 in U.S. Currency (the "Defendant Assets").

3. The Complaint identified David Anthony Glenn ("Glenn") as having a potential interest in the Defendant Assets.

4. Pursuant to Supplemental Rule G(5)(a)(ii), direct notice was provided to potential claimant Glenn via certified U.S. mail, postmarked on or about December 22, 2021.

5. Pursuant to Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, Glenn is currently required to file claim on or before January 26, 2022, and an answer 21 days thereafter.

6. After direct notice was mailed, on or about January 24, 2022, government counsel was contacted by Glenn's former counsel Michael Norris, Esq., who confirmed that Glenn is presently deceased.

7. Mr. Norris had not been retained to represent Glenn's estate and file a claim in this matter, and was unsure whether such a retention would be forthcoming. Mr. Morris requested additional time

to determine whether he would be retained in such capacity, and if so, whether settlement in this matter would be possible.

8. Government counsel agrees that an extension of the claims period is warranted in these circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2022, at Los Angeles, California.

*/s/  Dan G. Boyle*
DAN G. BOYLE

4