UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY,<br><br>       Defendants. | No. 2:21-cv-09819-DSF-AFM<br><br>**[PROPOSED]**<br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**New Response Dates:**<br>Claim – 2/25/2022<br>Answer – 3/18/2022 |

    Pursuant to the Ex Parte Application to Extend Time to Respond to Complaint and request of the parties, and good cause appearing, IT IS ORDERED that potential claimants David Anthony Glenn, and any other potential claimant's time to file a claim to the defendant assets is extended from January 26, 2022, to February 25, 2022, and the time to file any answer or other responsive document to the complaint will remain 21 days after.

Dated:_____, 2022

                                                   _____
                                                   THE HONORABLE DALE S. FISCHER
                                                   UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
/s/_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA