UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>            v.<br><br>2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY,<br><br>        Defendants. | No. 2:21-cv-09819-DSF-AFM<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**New Response Dates:**<br>Claim – 2/25/2022<br>Answer – 3/18/2022 |

        Pursuant to the Ex Parte Application to Extend Time to Respond

to Complaint and request of the parties, and good cause appearing, IT

IS ORDERED that potential claimants David Anthony Glenn, and any

other potential claimant's time to file a claim to the defendant

assets is extended from January 26, 2022, to February 25, 2022, and

the time to file any answer or other responsive document to the

complaint will remain 21 days after.

        IT IS SO ORDERED.

 DATED:  January 26, 2022

_____ *

        Honorable Dale S. Fischer
        UNITED STATES DISTRICT JUDGE