TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALTZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY,<br><br>        Defendants. | NO. 2:21-cv-09819-DSF-AFM<br><br>APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST THE INTERESTS OF POTENTIAL CLAIMANT DAVID ANTHONY GLENN AND ALL OTHER POTENTIAL CLAIMANTS; DECLARATION OF DAN G. BOYLE<br><br>[Fed. R. Civ. P. 55(a) and Local Rule 55-1] |
|---|---|

Pursuant to Local Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55-1 of the Local Rules of Practice for the Central District of California, Plaintiff United States of America hereby respectfully applies for entry of default by the Clerk in the instant action against the interests of potential claimant David Anthony Glenn ("Glenn") and all other potential claimants.

This application is based on the facts set forth in the attached Declaration of Dan G. Boyle (the "Boyle Declaration"), and appearing in the Court's file.

As set forth more particularly in the Boyle Declaration: (i) notice of this action has been published as required by Supplemental Rule G(4) and Local Rules C(3) and C(4)(a)(1); (ii) Plaintiff has mailed notice of this action to potential claimant Glenn as required by Local Rule C(4)(a)(3); (iii) no potential claimant has filed a claim or answer in this action, and the time to file a claim or answer has expired; (iv) potential claimant Glenn is not a minor nor incompetent person; and (v) potential claimant Glenn does not serve in the U.S. military, and the Servicemembers Civil Relief Act of 2003 therefore does not apply.

DATED: April 8, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA