DECLARATION OF DAN G. BOYLE

I, DAN G. BOYLE, hereby declare and state as follows:

I have personal knowledge of the following facts and, if called as a witness, would testify thereto under oath.

1. I am an Assistant United States Attorney in the Central District of California. In my capacity as an Assistant United States Attorney, I am chiefly responsible for the representation of the government's interest in this action, entitled *U.S. v. 2849.09758934 in Monero Digital Currency, 0.12554563 in Bitcoin Digital Currency, and $56,467.00 in U.S. Currency*. After reviewing Plaintiff's file and records in this case, I am informed and believe that:

2. On December 21, 2021, the government filed a Verified Complaint for Forfeiture as to the defendants, 2849.09758934 in Monero Digital Currency, 0.12554563 in Bitcoin Digital Currency, and $56,467.00 in U.S. Currency.

6. Process was served upon the defendant currency by the Department of Homeland Security – Homeland Security Investigations ("HSI") in accordance with Supplemental Rule E(4)(b) on or about March 16, 2022. Attached hereto as Exhibit "A" is a true and correct copy of the Process and Return form.

7. Beginning on December 27, 2021, notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Attached hereto as Exhibit "B" is a true and correct copy of the internet Proof of Publication.

<u>Notice to the Potential Claimant David Anthony Glenn</u>

8.  On December 22, 2021 the United States sent notice of the Complaint to potential claimant David Anthony Glenn ("Glenn") at the office of his attorney Michael Norris at 120 Fishermans Warf, Redondo Beach, CA 90277 by certified mail.

9.  The government did not receive the United States Postal Service ("USPS") return receipt card for potential claimant Glenn care of his attorney, however the tracking number "7021 2720 0000 5382 7404" indicated that the notice is still in transit as of December 31, 2021.  Attached hereto as Exhibit "C" is a true and correct copy of the claim letter and USPS tracking number confirmation.

10.  On December 23, 2021, I sent an e-mail to Glenn's attorney, Michael Norris, stating that I represented the government in this civil forfeiture action recently filed against assets seized from Glenn's home.  I attached a courtesy copy of the required notice of claim materials, which had also been mailed to Norris's office.  I requested that if Norris did not represent Glenn, Norris should let me know who to forward these materials to, or if he had in fact been authorized to speak on Glenn's behalf, to let me know a good time for a brief conversation about the matter.

11.  On February 9, 2022, I sent an e-mail to Michael Norris following up on the Glenn forfeiture matter. I stated that I had approval to offer a settlement and attached a draft proposal.  I then stated that I understood that Norris may have still been seeking approval, but that the CAFRA deadlines were running and had already

been extended once, and that my hope was to resolve this through a stipulation instead of going to default.

12. On March 11, 2022, I sent another e-mail to Norris following up on the Glenn matter and requesting that he let me know he had approval to represent Mr. Glenn's estate in the matter, or if he knew of anyone else who may have been doing so. I also mentioned that we were approaching the extended claims deadline, at which point we would have to initiate default proceedings.

13. In accordance Supplemental Rule G(5), the time for potential claimant Glenn to file a claim in this action expired on January 26, 2022, and the time for filing an answer expired on February 16, 2022.

14. In accordance with Supplemental Rule G(5), all interested parties who did not receive direct notice were required to file a claim no later than 60 days after the first day of publication of an official internet government forfeiture site and an answer within 21 days thereafter. The first day of publication of this action on the government forfeiture site was December 27, 2021. Accordingly, the time to file a claim and answer for all interested parties expired on February 25, 2022 and March 18, 2022, respectively.

15. Plaintiff has not received a filed claim or answer from potential claimant Glenn or any other potential claimant.

16. On information and belief, potential claimant Glenn is neither a minor nor incompetent person.

17. On information and belief, potential claimant Glenn does not serve in the U.S. military; accordingly, the Servicemembers Civil Relief Act of 2003 does not apply.

5

18.  On the date of filing, this Application for Entry of Default by Clerk was served by U.S. mail to potential claimant Glenn at his attorney's office address.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on April 8, 2022 in Los Angeles, California.

*/s/* Dan G. Boyle
DAN G. BOYLE