

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:21-cv-09819-RSWL-AFM |
|---|---|
| DEFENDANT<br>2849.09758934 In Monero Digital Currency, et al. | TYPE OF PROCESS<br>Complaint/Warrant |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Dan G. Boyle, Assistant U.S. Attorney<br>312 N. Spring Street, 14th Floor<br>Los Angeles, CA 90012 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE<br>NUMBER OF PARTIES TO BE SERVED IN THIS CASE<br>CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Seizing Agency Case No.: LX13JE21LX0007    CATS Nos.: 22-ICE-000152, 22-ICE-000155, 22-ICE-000158

Please seize the defendant assets.

| Signature of Attorney or other Originator requesting service on behalf of<br>*Dan Boyle* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>(213) 894-2426 | DATE<br>12/27/2021 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 3/16/22    TIME OF SERVICE: 10:15    ☒ AM  ☐ PM

SIGNATURE, TITLE AND TREASURY AGENCY: *[signature]* SPLS, CBP

REMARKS: The defendant's property has been served and is in the possession, custody and control of the U.S. government.

TD F 90-22.48 (6/96)

**Exhibit A**