

# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Dan G. Boyle:tk*

*U.S. Courthouse, 14th Floor*
*312 North Spring Street*
*Los Angeles, California 90012*

December 22, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

David Anthony Glenn
c/o Michael Norris, Esq.
120 Fishermans Wharf
Redondo Beach, CA 90277

   Re: United States v. 2849.09758934 in Monero Digital Currency, 0.12554563 in Bitcoin Digital Currency, and $56,467.00 in U.S. Currency
      Case No.: 2:21-cv-09819-RSWL(AFMx)

Dear Mr. Glenn:

   This is to advise you that a Complaint for Forfeiture has been filed against the above-referenced property. Enclosed with this letter are copies of (1) the Complaint for Forfeiture, (2) the Notice, (3) the Notice of Assignment to United States Magistrate Judge for Discovery, (4) Notice of Court-directed ADR Program, and (5) Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. Also enclosed is a pamphlet issued by the District Court for the Central District of California concerning Civility and Professionalism Guidelines, which should guide the conduct of these proceedings.

   You are receiving notice of the filing of the enclosed Complaint because you may have the right to appear in this action and contest the forfeitability of the defendant property. If you intend to contest forfeitability, you must file a Claim identifying your right or interest with the Clerk of the United States District Court for the Central District of California on or before **January 26, 2022**, and a separate Answer within 21 days thereafter. Contemporaneously with your filing of the Claim and Answer, you must serve this office with a copy of each pleading filed, directed to the attention of the undersigned. You may serve these documents by personal delivery to the 14th Floor of the Federal Courthouse, at the address above, or by regular mail.

   Should you choose to file one, your Claim must comply with the provisions of Rule G (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which Rules are a supplement to the Federal Rules of Civil Procedure. The Claim must identify the claimant and the specific property claimed; describe your interest in the defendant property, *i.e.*, as owner, lienholder, *etc.*; state the circumstances under which you acquired the interest,

**Exhibit C**

December 22, 2021
Page 2

including when the interest was acquired; and must be verified, *i.e.*, signed by you under oath. Please note that you are also required to comply with the Local Rules of the District Court for the Central District of California.

It is essential that both the Claim and Answer be filed within the times noted above or within an extended time to which this office agrees and the court approves. If no Claim is filed with the Clerk and a copy served on this office by **January 26, 2022**, or if a Claim is filed on time, but no Answer is filed and served within 21 days thereafter (and this office has not agreed to an extension of either or both of said deadlines), the government will assume that you do not intend to contest the forfeiture of the property, and will seek entry of default and default judgment against any interest that you may have in the property. This will prohibit you from taking any future steps to prevent the forfeiture without specific permission from the court.

Alternatively, or in addition to, filing a Claim and Answer, you may submit a Petition for Remission or Mitigation of Forfeiture to the Department of Justice with respect to this property. The regulations governing Petitions for Remission or Mitigation of Forfeiture are set out at Title 28, Code of Federal Regulations ("C.F.R."), section 9.1 *et seq.*, and the specific requirements for a Petition are set out at 28 C.F.R. § 9.4. In general, the Petition must include the following information in clear and concise terms: (1) your name, address and social security number (or taxpayer ID number, as appropriate); (2) the seizing agency, asset identifier number, and date and place of seizure; (3) the district court case number (*see* above); (4) a detailed description of the property claimed, including the amount of any funds, the address or legal description of real property, and the make, model number and serial (or vehicle identification or hull) number of personal property, as appropriate; and (5) a description of your claimed interest in the property you are seeking to recover, supported by copies of receipts, bills of sale, contracts, mortgages, deeds, or other documentary evidence. In addition, you should describe all extenuating and mitigating circumstances and other reasons why you believe the Petition should be granted. The Petition must be sworn to by you or your attorney. If sworn by an attorney, the Petition must be accompanied by your sworn notice of representation pursuant to 28 U.S.C. § 1746, and must be attested to by the attorney as set forth in 28 C.F.R. § 9.9(g). The Petition must be submitted to this office promptly.

The Petition, **which is not to be filed with the Court**, may be submitted either electronically or by mail. To submit a Petition electronically, please visit https://www.forfeiture.gov/FilingPetition.htm, which provides access to a standard Petition and a link that you can use to file your Petition online. If you choose to submit your Petition by mail, it should be addressed to the Attorney General of the United States, and the original, together with two copies, should be forwarded to the attention of the undersigned. You must also submit a separate copy of the Petition to the seizing agency in the district in which the seizure occurred, except in cases involving seizures by the Drug Enforcement Administration (in which case a copy of the Petition must be mailed to Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, Headquarters Forfeiture Response, P.O. Box 1475, Quantico, VA 22134-1475) or the Bureau of Alcohol, Tobacco, Firearms and Explosives (in which case a copy of the Petition must be mailed to Special Agent in Charge, Asset Forfeiture and Seized Property Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 650 Massachusetts Avenue, NW., Washington, D.C. 20226).

December 22, 2021
Page 3

    Petitions received by this office or submitted will be investigated, and a decision to grant or deny the petition will be made by the Chief of the Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice, without a hearing. Please note that the Petition process is entirely separate from the judicial action in which the enclosed complaint has been filed. There are no specific time limits for the granting or denial of a Petition. The filing of a Petition will not protect any rights that you may have with respect to the defendant property. **If you wish to contest the forfeiture of the defendant property, <u>you must file a Claim and Answer with the Court within the time limits set out herein.</u>**

    Pursuant to the Local Rules of the United States District Court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). If you are not already registered as an ECF User, then registration can be accomplished at http://www.pacer.gov/.

                Very truly yours,

                 TRACY L. WILKISON
                 United States Attorney

                 *Dan Boyle*
                 DAN G. BOYLE
                 Assistant United States Attorney
                 Asset Forfeiture Section

Enclosures



U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $

Postmark Here

David Anthony Glenn
c/o Michael Norris, Esq.
120 Fishermans Wharf
Redondo Beach, CA 90277

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0000 5382 7404

# USPS Tracking®

FAQs >

Track Another Package +

Remove ×

**Tracking Number:** 70212720000053827404

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

USPS Tracking Plus® Available ∨

## In Transit to Next Facility

December 31, 2021

Get Updates ∨



**Text & Email Updates** ∨

**Tracking History** ∧

**December 31, 2021**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**December 27, 2021, 1:09 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**December 22, 2021, 11:46 pm**
Arrived at USPS Regional Facility

26

LOS ANGELES CA DISTRIBUTION CENTER

---

USPS Tracking Plus®                                                                   ⌄

---

Product Information                                                                   ⌄

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**PROOF OF SERVICE BY MAIL**

    I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

    On <u>April 8, 2022</u>, I served an <u>APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST THE INTERESTS OF DAVID ANTHONY GLENN, AND ALL OTHER POTENTIAL CLAIMANTS; DECLARATION OF DAN G. BOYLE</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

| | |
|---|---|
| David Anthony Glenn<br>[redacted]<br>Long Beach, CA 90815 | David Anthony Glenn<br>c/o Michael Norris, Esq<br>120 Fishermans Warf<br>Redondo Beach, CA 90277 |

 X  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on: <u>May 12, 2022</u> at Los Angeles, California.

                                        /s/ *Jonathan Wettstein*
                                        **Jonathan Wettstein**