# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> 2849.09758934 IN MONERO DIGITAL CURRENCY, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21−cv−09819−DSF−AFM <br><br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

  It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

  Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

 the interests of potential claimant David Anthony Glenn and all other potential claimants


                                           Clerk, U.S. District Court

 April 11, 2022                            By  /s/ *Jenny Lam*
Date                                       Deputy Clerk

CV−37 (10/01)                    **DEFAULT BY CLERK F.R.Civ.P. 55(a)**

**EXHIBIT D**