UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY AND $56,467.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | NO. 2:21-cv-09819-DSF-AFM<br><br>PROPOSED DEFAULT JUDGMENT OF FORFEITURE<br><br>Hearing Date:　June 13, 2022<br>Hearing Time:　1:30 p.m.<br>Location:　　　Courtroom of the<br>　　　　　　　　Hon. Dale S. Fischer |
|---|---|

　　　This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on December 21, 2021.  Notice of this action has been given in the manner required by law as to Potential Claimant David Anthony Glenn ("Glenn") and all other potential claimants. Neither potential claimant Glenn nor any other claimant has appeared by filing a Statement identifying his or her rights or interests with this Court.  Further, neither potential claimant Glenn nor any other potential claimant has filed an Answer to the Complaint.  Therefore, the Court deems that potential claimant Glenn and all other potential claimants admit as true the allegations in the Complaint.  The Court further finds that the allegations in the Complaint establish that

defendants, 2849.09758934 in Monero Digital Currency, 0.12554563 in Bitcoin Currency and $56,467.00 in U.S. currency ("defendant assets") are subject to forfeiture.

The court finds that there was reasonable cause for the seizure of defendant, and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of potential claimant Glenn and all other potential claimants in and to defendant assets are condemned and forfeited to the United States of America.

DATED: _____

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA