# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>2849.09758934 IN MONERO<br>DIGITAL CURRENCY, et al.,<br>Defendants. | CV 21-9819 DSF (AFMx)<br><br>Order re Motion for Default<br>Judgment |

The government has moved for default judgment in this civil forfeiture case against all potential claimants, including identified potential claimant David Anthony Glenn.  The Court cannot grant the motion at this time because it has questions regarding the adequacy of notice provided to Glenn.

> The government must send notice of the action and a copy of the complaint to any person who reasonably appears to be a potential claimant on the facts known to the government before the end of the time for filing a claim under Rule G(5)(a)(ii)(B).

Fed. Suppl. R. Civ. P. G(b)(1).

The government mailed notice to attorney Michael Norris and sent at least three follow-up e-mails.  Boyle Decl. ¶¶ 5-9.  However, Postal Service tracking suggests that the mailed notice never arrived.  Id. ¶ 6. There is also no direct indication that the government received any response to the e-mails, and it is not clear that the government has any

specific reason to believe that Norris has ever represented Glenn in this matter.[1]

The government also suggests, but does not directly state, that Glenn is deceased.  <u>See</u> Boyle Decl. ¶ 9 (referring to "Mr. Glenn's estate").  If it is the case that Glenn is dead, the government does not address if it made any attempt to locate an heir that might have a known potential claim to the Defendant property or if the government has any obligation under Rule G to do so.

The government is ordered to file a supplement addressing these issues no later than June 21, 2022.  Failure to do so will result in the denial of the motion.

IT IS SO ORDERED.

Date:  June 9, 2022

Dale S. Fischer
United States District Judge

_____

[1] The government's presentation of the facts is oddly ambiguous.  It never directly states that Norris responded to any of the communications, yet also obliquely suggests that it may have received some type of response.  <u>See</u> Boyle Decl. ¶ 8 (AUSA "understood that Norris may have still been seeking approval" of proposed settlement).