TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cv-9819-DSF |
| Plaintiff, | **STIPULATION AND REQUEST TO ENTER [PROPOSED] CONSENT JUDGMENT OF FORFEITURE** |
| vs. | |
| 2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY, | [Proposed] Consent Judgment of Forfeiture lodged contemporaneously herewith |
| Defendants. | |
| LEANNA DEBELLEVUE, | |
| Potential Claimant. | |

//

//

Plaintiff United States of America ("Plaintiff" or the "government") by and through its counsel of record the United States Attorney for the Central District of California and Assistant United States Attorney Dan G. Boyle, and potential claimant Leanna DeBellevue, pro se, ("potential claimant"), stipulate and request that the Court enter the proposed Consent Judgment of Forfeiture lodged contemporaneously herewith, to carry into effect the terms of this Stipulation relating to the defendants 2849.09758934 in Monero digital currency, 0.12554563 in Bitcoin digital currency, and $56,467.00 in U.S. Currency (collectively, the "defendant assets"), which is dispositive of this action. The parties stipulate and request as follows:

1. This action was commenced on December 21, 2021.

2. As alleged in the Verified Complaint in this action, the defendant assets were seized from the residence of David Anthony Glenn ("Glenn"). [See ECF No. 1, at ¶¶ 7, 10, 17, 24, 26.]

3. Potential claimant is the next-of-kin of Glenn, who is deceased and has no other living relations.

4. But for this stipulation, potential claimant would have filed a claim in this action.

5. Notice has been given and published as required by law and the Local Rules of this Court. No other claims were filed, and the time for filing claims has expired.

6. This Court has jurisdiction over this action and the parties pursuant to 28 U.S.C. §§ 1345 and 1355.

7. The complaint for forfeiture states a claim for relief under 21 U.S.C. § 881(a)(6).

8. The proposed Consent Judgment provides that $28,500 of the

defendant assets, without interest, shall be released to potential claimant.

9.   The remainder of the defendant assets, plus any interest earned by the government on the entirety of the defendant assets, shall be forfeited to the United States of America, which shall dispose of the funds in accordance with law.

10.   The funds to be returned to potential claimant shall be wire transferred to a bank account designated by potential claimant, or paid to potential claimant by check. Potential claimant shall provide all information and complete such documents requested by the government in order to facilitate such transfer.

11.   The government shall have judgment as to the remainder of the defendant assets, together with all interest earned by the government on the entire amount of the defendant assets since seizure, and no other person or entity shall have any right, title or interest therein.

12.   Potential claimant agrees to release the United States of America, its agencies, officers, employees and representative, including, without limitation, all agents, officers, employees of the Department of Justice, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of potential claimant, whether pursuant to 28 U.S.C.§ 2465 or otherwise.  Further, potential claimant waives any rights she may have to seek remission or mitigation of the forfeiture of the

defendant assets.

13. The parties agree that each of them shall bear their own attorney fees and costs, if any.

14. The government and potential claimant consent to entry of the proposed judgment and waive any right to appeal said judgment.

Dated: June 22, 2022                    Respectfully submitted,

                                          TRACY L. WILKISON
                                          United States Attorney
                                          SCOTT M. GARRINGER
                                          Assistant United States Attorney
                                          Chief, Criminal Division
                                          JONATHAN GALATZAN
                                          Assistant United States Attorney
                                          Chief, Asset Forfeiture Section

                                            */s/ Dan Boyle*
                                            DAN G. BOYLE
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA


Dated: June    , 2022                   [see next page for signature]
                                            LEANNA DEBELLEVUE
                                            Potential Claimant

defendant assets.

13. The parties agree that each of them shall bear their own attorney fees and costs, if any.

14. The government and potential claimant consent to entry of the proposed judgment and waive any right to appeal said judgment.

Dated: June   , 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June   , 2022

_____
LEANNA DEBELLEVUE

Potential Claimant