JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-cv-09819-DSF |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| vs. | |
| 2849.09758934 IN MONERO DIGITAL CURRENCY, 0.12554563 IN BITCOIN DIGITAL CURRENCY, AND $56,467.00 IN U.S. CURRENCY, | |
| Defendants. | |
| LEANNA DEBELLEUE, | |
| Potential Claimant. | |

Plaintiff United States of America ("the government") and Potential Claimant Leanna DeBellevue ("potential claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and

good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6) and 21 U.S.C. § 981.

3. Notice of this action has been given and published as required by law. All potential claimants to the defendants 2849.09758934 in Monero digital currency, 0.12554563 in Bitcoin digital currency, and $56,467.00 in U.S. Currency (the "defendant assets") other than potential claimant are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant assets. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. The sum of $28,500.00 only (without interest) shall be returned to potential claimant. The government shall have judgment as to the remainder of the defendant assets, plus any interest earned by the government on the entirety of the defendant assets since seizure, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited funds in accordance with law.

5. The funds to be returned to potential claimant shall be paid by electronic transfer or check. Potential claimant shall provide all information and complete all documents requested by the government to facilitate the transfer.

//
//
//

6. There was reasonable cause for the seizure of the defendant assets and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Potential claimant did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: June 28, 2022

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE